Mark D. JONES, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 52488.

Missouri Court of Appeals,
Western District.

Sept. 17, 1996.

Jarrett Aiken Johnson, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Becky Owenson Kilpatrick, Assistant Attorney General, Jefferson City, for respondent.

Before ULRICH, C.J., Presiding, and BRECKENRIDGE and SPINDEN, JJ.

### ORDER

PER CURIAM:

Mark D. Jones appeals the denial without an evidentiary hearing of his Rule 24.035 motion for postconviction relief seeking to vacate his convictions and concurrent life sentences for one count of assault in the first degree, § 565.050, RSMo 1994, and one count of armed criminal action, § 571.015, RSMo 1994.

The order denying Mr. Jones' Rule 24.035 motion without an evidentiary hearing is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Christopher FRASURE, Appellant.

No. WD 50219.

Missouri Court of Appeals,
Western District.

Sept. 17, 1996.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

The defendant appeals from his conviction by a jury of second degree assault, § 565.060, RSMo 1994, and armed criminal action, § 571.015, RSMo 1994.

Affirmed. Rule 30.25(b).